IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **BERLAINE SMITH MELTON**<br>*Plaintiff,*<br><br>v.<br><br>**SEPTA, SYLVIA FRITZ**, **and DENNIS PAPADEAS,**<br>*Defendants.* | **CIVIL ACTION**<br><br>**NO. 23-1260** |
|---|---|

### ORDER RE: MOTION TO DISMISS

**AND NOW** this 25th day of September, 2024, upon review of Defendants' Motion to Dismiss, ECF 51, Plaintiff's Response, ECF 56, and Defendants' Reply, ECF 57, it is hereby **ORDERED** that this Court **GRANTS in part with prejudice** and **DENIES in part** Defendant's Motion to Dismiss, as detailed below:

- The Court dismisses Counts I, II, III, IV, VII, VIII without leave to amend;

- The Court dismisses Count V as to Papadeas and Fritz without leave to amend;

- The Court dismisses Count VI without leave to amend as to Papadeas in full, as to Fritz for the ADA, ADEA, Title VII, § 1981, and the PHRA (to the extent the claim rests on non-disability related allegations), and as to SEPTA for claims relating to Melton's April 2021 internal complaint; and

- The Court dismisses Count IX without leave to amend as to Papadeas in full and as to Fritz and SEPTA in part to the extent the claims rests on non-disability related allegations.

This case will proceed only as to the following Counts:

- Count VI against SEPTA for retaliation under the ADA and PHRA only as it relates to allegations of retaliation based on purported disability;

- Count V as to SEPTA for discrimination on the basis of disability under the ADA;

- Count IX as to SEPTA and Fritz for allegations of disability discrimination under the PHRA.

**BY THE COURT:**

s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-1260 Melton v. SEPTA\23-cv-1260 Order Second Motion to Dismiss.docx

2